**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**QLAY CO.,**

                Plaintiff,        20 Civ. 9782 (JGK)

    - against -                <u>ORDER</u>

**ANGELS IN THE STORE, ET AL.,**

                Defendants.
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    All of the filings in this case are unsealed because all of the defendants have now been served.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **December 2, 2020**        <u>  /s/ John G. Koeltl  </u>

                                           **John G. Koeltl**
                              **United States District Judge**