UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QLAY CO.,

        Plaintiff,

 - against -

ANGELS IN TALES STORE, ET AL.,

        Defendants.

20-cv-9782 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

 The Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated July 30, 2021. No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted. Accordingly, the Court adopts the Report and Recommendation.

 The plaintiff is directed to submit a proposed judgment for statutory damages and for a permanent injunction by **January 7, 2022**. The plaintiff should serve the proposed judgment on the defendants by **January 7, 2022**. The plaintiff should submit proof of service by **January 12, 2022**. The defendants may submit any objections by **January 14, 2022**.

SO ORDERED.

Dated: New York, New York
    December 21, 2021

              _____
                John G. Koeltl
              United States District Judge